Memorandum. The evidence needed to establish probable cause to justify an arrest does not have to be such as to warrant a conviction
 
 (Adams v Williams,
 
 407 US 143, 149). In our view there was sufficient evidence for the trial court to find that the officer had probable cause to believe that the defendant committed a crime (see, e.g.,
 
 People v Oden,
 
 36 NY2d 382) and therefore the arrest was a
 
 proper one.
 
 The search incident to that arrest was authorized
 
 (People v Perel,
 
 34 NY2d 462).
 

 Chief Judge Breitel and Judges Jasen, Gabrielli, Jones, Wachtler, Fuchsberg and Cooke concur.
 

 Order affirmed in a memorandum.